No. 722.   JAMES v. SHAUGHNESSY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 2d

Cir. Certiorari denied. *Robert Markewich* and *Herbert Monte Levy* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.